**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-4657**

_____

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

      v.

NAPOLEON GOODSON, IV,

             Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., District
Judge.  (3:93-cr-00471-JFA-1)

_____

Submitted:  February 20, 2014       Decided:  February 25, 2014

_____

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

J. Preston Strom, Jr., STROM LAW FIRM, L.L.C., Columbia, South
Carolina, for Appellant. Robert Frank Daley, Jr., Mark C. Moore,
Assistant United States Attorneys, Columbia, South Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Napoleon Goodson, IV, appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2012) motion and reducing his sentence by twelve months, and a subsequent order denying reconsideration. Counsel has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), stating that there are no meritorious issues for appeal and concluding that the district court did not abuse its discretion in reducing Goodson's sentence by twelve months. Goodson has filed a pro se supplemental brief challenging the denial of his motion to reconsider the court's order granting a reduction.

In accordance with Anders, we have reviewed the record in this case and have found no meritorious issues for appeal or reversible error. We therefore affirm the district court's orders for the reasons stated by the district court. United States v. Goodson, No. 3:93-cr-00471-JFA-1 (D.S.C. Aug. 6, 16, & 22, 2013). This court requires that counsel inform Goodson, in writing, of the right to petition the Supreme Court of the United States for further review. If Goodson requests that a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move in this court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on Goodson. We dispense with oral argument because the facts and legal contentions are

2

adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED